# *SEALED*

BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: 12/7/2017  
TIME ON: 2:33  
TIME OFF: 2:40

Case No. 17-MJ-741-AKT    Courtroom Deputy: Robert Imrie

Criminal Cause for **Status Conference**

Defendant: **Jose Novoa Ulloa**  
Present **X**   Not Present ___   In Custody **X**   On Bail/Bond ___

Attorney: **William D. Weyler**   Ret'd ___ CJA **X** FD of NY ___

AUSA: **Raymond A. Tierney**

Interpreter: **Maya Gray**

ESR Time: ~~~~~~

✓ Case Called    ✓ Counsel for all sides present.

___ Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.

___ Order of Detention entered.

___ Temporary Order of Detention entered.

Next Court appearance scheduled for _____

Preliminary Hearing ___ Waived; ___ Set for _____

✓ Waiver of Speedy Indictment executed from **12-7-2017** to **2-7-2018**.

___ Defendant waives Speedy Trial from _____ to _____.

NOTES: _____